No. 96–115. CITY OF EAST PALO ALTO ET AL. *v.* HAZZARD. C. A. 9th Cir. Certiorari denied.

No. 96–117. MAXWELL ET AL. *v.* SAMSON RESOURCES CO. Ct. App. Okla. Certiorari denied.

No. 96–118. HILL *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–120. VENEKLASE ET AL. *v.* CITY OF FARGO ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–121. SMITH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–122. DUNWORTH *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 96–124. AMERICAN BROADCASTING COS., INC., ET AL. *v.* BANKATLANTIC FINANCIAL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–125. LYNNBROOK FARMS *v.* SMITHKLINE BEECHAM CORP. C. A. 7th Cir. Certiorari denied.

No. 96–127. GREENE *v.* CITY OF MONTGOMERY. Ct. Crim. App. Ala. Certiorari denied.

No. 96–128. SLATHAR *v.* SATHER TRUCKING CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–129. BRODNICKI *v.* CITY OF OMAHA, NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–130. ANTONIO SANTIAGO, AKA GOMEZ HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–131. OZUNA GALAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–132. BOLT *v.* PTARMIGAN CO., INC. Sup. Ct. Alaska. Certiorari denied.